# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
NOV 17 1999
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

No. 98-2491EMSL

Royal Insurance Company of
America; American Employers'
Insurance Company,

    Appellees,

vs.

Kirksville College of Osteopathic
Medicine,

    Appellant.

\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri

2:96 cv 34 CEJ

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

September 15, 1999

A true copy.

ATTEST:   *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

MANDATE ISSUED

NOV 17 1999

#66

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
U.S. COURT & CUSTOM HOUSE
1114 MARKET STREET
ST. LOUIS, MISSOURI 63101

**MICHAEL E. GANS**
**Clerk of Court**

VOICE (314) 539-3600
ABBS (800) 652-8671
ls.wustl.edu/8th.cir

November 17, 1999

Mr. James G. Woodward
Acting Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
1114 Market Street
St. Louis, MO  63101

   Re:  98-2491EMSL   Royal Insurance Co. vs. Kirksville College

Dear Clerk:

   The mandate of this Court is being sent to the clerk of the district court, together with a receipt.  The clerk of the district court is requested to sign, date, and return the receipt to this office.

   The district court records in this court's possession will be returned shortly.

(5175-010199)

                                        Sincerely,

                                        Michael E. Gans
                                        Clerk of Court

paw

Enclosure


(LETTER FOR INFORMATIONAL PURPOSES ONLY)
------------------------------------------
cc:  Christina Magee
     John L. Hayob
     Julie Joan Gibson
     Christopher M. Bechhold
     Thomas William Rynard
     Richard Daly Rhyne

        District Court/Agency Case Number(s):  2:96-CV-34(CEJ)

```
            UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                         INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 11/19/99 by ksterret
              2:96cv34     Royal Insurance Co vs Kirksville College

28:2201 Declaratory Judgement

Christopher Bechhold -
THOMPSON AND HIME
312 Walnut Street
Suite 1400
Cincinnati, OH  45202

John Hayob -                        Fax: 816-474-0872
Christina Magee -                   Fax: 816-474-0872
Richard Rhyne -                     Fax: 816-753-3222
Thomas Rynard -                     Fax: 573-636-2549


SCANNED & FAXED BY:

NOV 1 9 1999

J. M. W.